**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01613-CR
_____

**MICHAEL DEE CAVE, Appellant**

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Lang, and Schenck

Based on the Court's opinion of this date, we **GRANT** the April 6, 2015 motion of Katherine A. Drew for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Katherine A. Drew as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Michael Dee Cave, TDCJ No. 1967767, Bradshaw State Jail, P. O. Box 9000, Henderson, Texas, 75653.

/David J. Schenck/
_____
DAVID SCHENCK
JUSTICE